# EXHIBIT C

# How We Present Tesla to the World
## Public Speaking and Social Media Guidelines



**Identify yourself in endorsements**
If your social media activity endorses Tesla's products or services, i.e., expresses opinions, beliefs, findings or experiences about Tesla's products or services, you must disclose your name and position with Tesla.

**Be respectful**
Do not post content about, or any image of, Tesla, management, co-workers or customers that is vulgar, obscene, threatening, maliciously false, or a violation of the Company's policies against discrimination, harassment, or hostility on account of a legally protected class, status or characteristic, such as race, gender, age, or disability. You may not disparage Tesla's products or services, or the products or services of its customers, vendors or competitors. You may not post any content, image or video of yourself that identifies you as a Tesla employee and depicts you engaging in illegal conduct, such as acts of violence or the illegal use of drugs, or in conduct that violates any Tesla policy.

**Respect Tesla's logo**
You may not use Tesla's logo, trademark or proprietary graphics for any commercial purpose, or any manner that may confuse the public about your status as a Tesla spokesperson.

**Protect confidential business information (Tesla Business Data)**
You may not disclose, or post images or video of, any of Tesla's trade secrets, products or Tesla Business Data or of any manufacturing process. Trade secrets may include information regarding the development of systems, business processes, products, know-how and technology. Such information may include non-public financial data, such as estimates of financial performance; sensitive business information, such as marketing strategies, product launches, and pricing policies; plans for the acquisition or disposition of corporate assets; information about customers; and Tesla's attorney-client communications or other internal business-related confidential communications.

**Safeguard sensitive personal information**
To reduce the risk of identity theft, stalking, and similar criminal conduct, you may not disclose personally identifying information (such as social security numbers, credit or debit card numbers or financial account numbers) of Tesla's employees, customers or vendors.