# EXHIBIT D

# Tesla Data Classification And Management Policy

**Purpose**

In the course of your work at Tesla, your role may require you to use, collect, share and/or store a wide variety of Business Data1 and Personal Data2. The purpose of this policy is to provide you with guidance on how to manage the data you may be handling at Tesla, and a framework for classifying data based on its level of sensitivity. Failure to appropriately manage and protect this data could cause substantial harm to Tesla, its customers or others. This includes an increased risk of data breaches, use of data for unauthorized purposes, loss of the value of Tesla's intellectual property, and violations of applicable laws requiring appropriate protection of the data Tesla manages.

**Scope**

This policy applies globally to all employees, vendors, and contractors with access to Tesla network, systems and applications, and Tesla Data (Refer to Definition section for defintion of capitalized terms).

**Responsibility**

Information Security and Legal is responsible for Tesla's data classification definitions, data handling requirements, and evaluating and approving new data encryption technologies and software, as well as reviewing and approving all requests to use cryptographic technology within Company. The ownership for this policy is the responsibility of the Information Security organization under the Head of IT Security. This policy shall be reviewed periodically and formally approved by the Head of IT Security, with the assistance of the Governance Risk Compliance function of Tesla. This Policy shall be administered by Information Security. Questions regarding this Policy should be directed to ▮▮▮▮▮▮▮▮.

Individuals who own or are responsible for the system/application are also responsible for the flow and storage of data within said system/application. All owners of systems/applications are responsible for abiding by the requirements of this policy.

The examples provided in this policy are not exhaustive and do not encompass all use cases throughout Tesla. If your use case is not listed below and you are not sure what tier it falls under, please contact ▮▮▮▮▮▮▮

**Policy**

**Data Classification and Handling**
Tesla categorizes data in three tiers. The three categories of **'Sensitive, Confidential Business Data, Public Data'** are illustrated and defined in the figure below. In a collection of data with multiple classification categories, the eventual classification is based on the information with the highest sensitivity.

Copyright 2024 Tesla Motors Inc.

T E S L A

## Data Tier Definitions



This is a limited dataset that is subject to the most stringent handling requirements due to its sensitivity and risk to Tesla if misused

This is the data you likely interact with every day and only have access to due to your employment at Tesla

This is data that is available to anyone through our public websites and support pages

## Data Tier Classification Examples

This section provides guidance on how data is classified with the help of examples. Tesla Data includes both personal data (any data that relates to an identified or identifiable individual) and business data (any Tesla data which is not personal data) and falls under one of the three data tiers

## Tier 1 Sensitive Data

| BUSINESS DATA | | PERSONAL DATA | |
|---|---|---|---|
| **Core information assets** Trade secrets Source code Autopilot / computer vision code, firmware, infotainment Non-public merger and acquisition information Sealed attorney-client privileged information, or certain regulatory filings CAD/3D design files Vehicle and Energy product development iteration documentation Code Name Projects Other Tesla intellectual property | **Non-public financial data** Financial statements and performance information which has not yet been publicly reported <br><br> **Security business data** Service secrets Passwords Token or badge info Encryption keys Device fingerprinting Jira tickets (e.g., autopilot, firmware) <br><br> **Energy Data** · Tesla intellectual property and trade secrets · Tesla site controller and Megapack SW/FW, configuration files and source code · RTAC proprietary program · Device passwords and accounts · Energy customer data | **Location data** GPS Lat/Long Customer address <br><br> **Government identifiers** Social security number Tax ID Passport number Driver's license number <br><br> **Health data** Any health information relating to a Tesla employee <br><br> **Biometric data** Facial image recognition Voice profile data used for ID verification Fingerprint data <br><br> **Transactions data** Service requested, provided, data/time of service, amount charged Bank name, address, phone number First 6 credit card digits <br><br> **Behavioral data** Customer profile or predictions of behavior | **Financial data** Credit card numberBank and routing number Third-party payment service information <br><br> **Demographic data** Race Ethnicity Religion Sexual orientation Political opinions or trade union membership Disability <br><br> **Background check data** Consumer credit or background check report Criminal history Other related pass/fail indicators |

Copyright 2024 Tesla Motors Inc.

T E S L A

## Tier 2: Confidential Business Data

| BUSINESS DATA | | PERSONAL DATA | |
|---|---|---|---|
| **Core information assets**<br>Board meeting agendas and decisions<br>Source code not containing sensitive data<br>JIRA tickets (excluding Tier 1 data)<br><br>**Security Reports**<br>Network penetration testing reports<br>Physical security penetration testing<br><br>**Risk Assessments**<br>Third-party risk assessments<br>Privacy impact assessments<br><br>**Internal corporate information**<br>General organization structure information Non-public employee roles and positions Data center address Tracking tickets Creative graphics materials<br>Third party contracts Server logs<br>Corporate authentication logs<br>Design documents and concepts, or other tesla work product Engineering product development documents<br>Materials shared under Non-Disclosure (NDA)<br>Internal performance recognition/feedback | **Released product assets**<br>Design, manufacturing or testing information<br>Manufacturing stats / volume data<br><br>**Sensitive manufacturer filings**<br>Floor plans or building schematics Manufacturer equipment specification data<br>Manufacturer permit details<br><br>**Energy data**<br>Network and SCADA device configurations<br>Network diagrams Cyber asset lists<br>(including baseline FW, IP addresses, etc.)<br>Site security map or floor plan<br><br>**Operational information**<br>Non-public office locations<br>Tesla Intranet access and content Aggregated statistics<br>Internal policies and procedures Meeting notes and<br>calendar events Staff meeting presentations Internal company all-hands meeting info, announcements or newsletters<br><br>**Aggregated data**<br>Location data Demographic data Device data Transaction data<br><br>**Energy data**<br>Design manuals<br>BoM of devices (make, model, serial number)<br>Drawings that do not pose security risk (construction drawings and wiring diagrams | **Customer or lead contact details**<br>First and last name Street or mailing address<br>(home, work, etc.) Phone number Email address Date of birth<br><br>**Location data**<br>Course location data (for example, SDK, beacons, IP address, geofence)<br><br>**Transaction data**<br>Service requested, provided, data/time of service, amount charged<br>Bank name, address, phone number<br>Credit card details<br><br>**Tesla Identifier**<br>Employee ID<br>Vehicle pseudonym ID Tesla referral invite code<br><br>**Customer content**<br>Tesla customer feedback submissions or survey responses<br>Tesla forum content<br><br>**Device data**<br>Device type<br>OS version<br>Mobile battery level Mobile carrier<br>App version Hardware model Operating system Network/carrier | **Photo or video/audio recordings**<br>Customer uploaded photos<br>VIN-associated Autopilot camera recordings (safety critical events; FSD Beta)<br><br>**Customer communications**<br>Content of calls, texts, and voice memos sent between Tesla employees & customers<br><br>**Vehicle ID data**<br>License plate number Proof of insurance Vehicle Identification number (VIN)<br><br>**Demographic data**<br>Gender<br>Income<br><br>**Non-identifiable vehicle data**<br>Vehicle make, model, year, color, configuration<br>License plate country/state Log data with vehicle sensor or system activity Other pseudonymized vehicle data<br><br>**HR / Talent data**<br>Contact details<br>CV<br>Payroll data<br>Warning letter Employment history Benefits data Performance data Employee personal data |

## Tier 3 Public

| BUSINESS DATA | |
|---|---|
| **Public information**<br>Published Tesla corporate information such as job announcements<br>Published financial information<br>Public presentations | Published marketing materials or brochures<br>Press releases, blogs, and social media posts<br>Regulatory filings subject to public disclosure, such as SEC filings<br>Megapack Product specs |

Copyright 2024 Tesla Motors Inc.

TESLA

## Data Tiering Guidelines

**Approach:**
When classifying a collection of data, the most restrictive classification of any of the individual data elements should be used. For example, if data collection consists of an employee's name, address, and social security number (SSN), the data collection should be classified as Sensitive even though the employee's name and address may be considered Confidential Business Data (Tier 2).

**Classification:**
Data will be classified based on its level of sensitivity and the impact on Tesla should that data be disclosed, altered, or destroyed without authorization. The classification of data helps determine what baseline security controls are appropriate for safeguarding that data. All Tesla Data should be classified into one of the earlier mentioned three sensitivity levels, or classifications.

**Reclassification:**
On a periodic basis, it is important to re-evaluate the classification of data to ensure the label is still appropriate based on changes to legal and contractual obligations as well as changes in the use of the data or its value to Tesla. This evaluation is the responsibility of the business function lead or data owner. If the classification of a certain data set has changed, an analysis of security controls should be performed by the data owner to determine whether existing controls are consistent with the new classification. In the absence of a data owner, the corresponding system owner or the application owner is responsible. If gaps are found in existing security controls, they should be corrected in a timely manner, commensurate with the level of risk presented by the gaps.

## Guidelines For Data Sharing

**Internal And External**

**Public data** can be shared using whichever method and medium is appropriate based on the initiative you are working on.

Within Tesla, **Confidential Business Data** should be shared only on a 'need-to-know' basis. The preferred method of sharing data is via Sharepoint Link.

**Sensitive Data** can be shared only with those that are authorized to handle the data in question.

1. **Cloud Link – Sharepoint Link** (preferred)



- Whether you are leveraging in Powerpoint, Word, Excel, or others – each application has a feature to share the document using a cloud link. This is the preferred method to share Tesla Data.
- Make every attempt to share files internally (i.e., within Tesla) using a OneDrive or Sharepoint link.
- For sharing files externally, use the related Tesla software application which has been designed around your specific business need (i.e. Warp, Supplier Relationship Management Portal, etc.) In the absence of a supporting Tesla application, use SharePoint only. Refer External Sharing Steps & External SharePoint FAQ for more information.
- Choose the appropriate permission level ("Specific People") – avoid selecting "Anyone in the organization" for data that is intended to be restricted.
- Sending files as email attachments is not recommended.

Copyright 2024 Tesla Motors Inc.

T E S L A

**2. SecureSend** (secondary)
- If your project requires –that Sensitive (Data (Tier 1) be occasionally shared by email, only use <u>SecureSend</u>
- Tesla's SecureSend web app automatically encrypts and anonymizes the email allowing you transmit sensitive content securely.
- Do not use your general email client ("Outlook") for sharing Sensitive Data (Tier 1), unless a cloud link is used.

SecureSend
Transmit sensitive email content securely (go.tesla.com/securesend)

✓ Messages are encrypted
✓ Anonymized by default
✓ All recipients are set to bcc
✓ Only intended recipients can open





## Additional Guidelines
For System Owners

### Data Encryption

To provide the appropriate restrictions for data classified as Sensitive, strong encryption should be used in both the storage and transmission of the data (end-to-end encryption and endpoint encryption). Data classified as Confidential Business Data shall be encrypted where technically feasible and deemed appropriate.

For Sensitive data the following encryption protocols must be followed.
- Vehicle Encryption – All connectivity from vehicles to Tesla network must occur over approved encrypted channels.
- E-Mail Encryption – Default Tesla Data Sharing method is via Sharepoint link. If Sensitive Data occasionally needs to be shared via email body or attachment, use SecureSend only. Refer to the section ' Guidelines for Data Sharing' (previous section) for more.
- Web Traffic Encryption – All sensitive data uploaded or downloaded to the web must utilize HTTPS connection.

Copyright 2024 Tesla Motors Inc.

T E S L A

- Secure File Transfer – SSH must be used with the File Transfer Protocol (FTP) in order to ensure secure file transfers.
- Site to site third-party partners must be encrypted and connections established with client and terminate on the corporate firewall.
- Password Encryption – Passwords must not be sent across the network in 'clear text' format.
- Passwords must also not be listed in clear text for the purpose of automating a login sequence. All passwords must be stored and transmitted in an encrypted format by the OS, DBMS, or application.
- All Sensitive data stored within and transmitted from a database must be encrypted

## Data Storage & Transfer

Data classified as Sensitive must be transmitted using a secure method. Secure methods include:
1. Data stored on physical media must be encrypted
2. Data transfer over a private or public network must be encrypted (the data must be encrypted both at rest and in transit)

*Note: Encryption keys/passwords must be shared through a separate channel. For e.g., do not send the encrypted file and password in the same email.*

### Data Access for Third Party (Vendors)
Tesla has approved the use of SharePoint and SecureSend to share files externally with third parties. Enabling external sharing for SharePoint sites requires approval from the Information Security team. Refer to 'External sharing for SharePoint sites' for more information. A valid NDA is required to send data classified as Sensitive & Confidential business data to third parties. The sponsoring manager shall ensure a valid NDA is in place before sharing files with third parties. For external system integrations contact ███████████████

### Business or personal Travel
If you are travelling to High Risk Countries for business or personal reasons, you are required to adhere to the 'IT Asset and Data travel Policy. Refer to the  Travel Security policy and guidelines'
for more information.

*Note: For FAQs on Data Classification and Management, refer to the Wire links embedded.*

### Non-Compliance
Non-compliance to the policy requirements, and/or retrieving Tier Sensitive Data or Confidential Business Data from a controlled environment and placing it in an environment that does not have the same security controls may result in termination of access to data, disciplinary or other legal action up to and including termination of the employment relationship or other contracts with Tesla, as applicable.

## Definitions:

### Tesla Data:
Tesla's confidential or proprietary information, including but not limited to trade secrets, information about products and features, technology, pricing, customers, suppliers, non-public financial information, Personal Data, strategies and product launches and intellectual property all of which have been created, acquired and/or compiled by Tesla at great effort and expense and must be protected from disclosure for legitimate and substantial business reasons. For US-based employees, Tesla Data Business Information does not include employment-related information accessible to employees, such as wages, benefits, and terms/ conditions of employment, which are not restricted from disclosure by company policy.

Copyright 2024 Tesla Motors Inc.

TESLA

**Personal Data:**
Any information that relates to an identified or identifiable individual (e.g., customer, employee, vendor point of contact).

**Data Sharing:**
Process of making data available to others (e.g., internal or external users, applications or organizations) by physical means (e.g., hardcopies, physical mailing, large display screens, banners) or electronic means (e.g., Sharepoint, email, application)

**High Risk Countries:**
The Tesla Security Operations Center will designate a country or region as high risk if the travel may pose a particularly high risk to information security of Tesla Data. This includes countries that pose a high risk of data compromise or other security attacks against the USA.

## Revision History

| Date | Author | Action Taken | Version |
|---|---|---|---|
| 1/13/2021 | Information Security | Document Creation | 1.0 |
| 3/10/2021 | Manager, Infrastructure Security | Document Update | 1.1 |
| 1/29/2021 | Head of IT Security | Approval | 1.1 |
| 09/10/2022 | Manager, Information Security & Compliance | Document Update | 1.2 |
| 10/04/2022 | Head of IT Security | Approval | 1.2 |
| 11/29/2022 | Privacy Legal (DPO) | Approval | 1.2 |
| 3/27/2023 | Manager, Information Security & Compliance | Document Update | 1.3 |
| 3/28/2023 | Head of IT Security | Approval | 1.3 |
| 3/30/2023 | Privacy Legal (DPO) | Approval | 1.3 |
| 05/12/2024 | Sr. Manager, Information Security & Compliance | Document Update | 1.4 |
| 05/13/2024 | Privacy Legal (DPO) | Document Approval | 1.4 |
| 05/29/2024 | Head of Information Security | Document Approval | 1.4 |
| 07/12/2024 | Manager, Information Security & Compliance | Document Update to address Supply Chain Management team's feedback | 1.5 |
| 07/12/2024 | Privacy Legal (DPO) | Document Approval | 1.5 |

Copyright 2024 Tesla Motors Inc.

TESLA