# EXHIBIT E

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, August 29, 2024 7:50 PM UTC
**To:** Optimus-core ▮▮▮▮▮▮▮▮▮▮▮▮
**CC:** Milan Kovac <▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Security and Confidentiality

As part of the Optimus team you have the privilege of working on cutting edge technology that will fundamentally change work and how tasks are accomplished.  This privilege comes with the responsibility of protecting what is arguably the most valuable intellectual property in the world.  As someone charged with this responsibility, I would like to remind you:

- Tesla IT assets and networks are monitored.
- Incidents of mishandling or suspected theft of Tesla property, including data and code, will be thoroughly investigated.
- Those found stealing Tesla property may be subject to
    - Termination of employment
    - Lawsuits in civil court
    - Criminal prosecution

Tesla takes security and the protection of its assets very seriously, and the repercussions of violating the trust put in you are not theoretical.  In the past year alone, Tesla employees have been terminated, sued, and criminal charges have been brought against those engaging in violations damaging to Tesla.  Following the rules is easy, dealing with the consequences of violating the rules is hard.

Refer to IT Policies, your manager, or InfoSec for guidance on the proper handling of Tesla data and appropriate conduct on Tesla networks and assets.  InfoSec questions may be directed to ▮▮▮▮▮▮▮▮▮.

Thank you for the work you do in pushing Tesla's mission forward.

Best,

▮▮▮▮

▮▮▮▮▮▮▮  **| Director, Security Systems Engineering and Intelligence**
901 Page Ave., Fremont, CA 94538
m. ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮

**Visit our Security Resources Hub for all security information, events, and news.**

**T ≡ 5 L ⊼**

The content of this message is the proprietary and confidential property of Tesla, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

Please consider the environment before printing this email.