# EXHIBIT F

| | |
|---|---|
| **From:** | Tesla Information Security ██████████ |
| **Sent:** | Friday, September 13, 2024 11:15 AM |
| **To:** | ████████████ |
| **Subject:** | Your Role in Protecting Our Information |



# Tesla Business Data: Your Role in Protecting Our Information

When each one of us joined Tesla, we were trusted to do our part to keep Tesla's business data* safe and secure. We agreed not to email or upload Tesla's business data externally.

Recently, Tesla's Information Security team has seen an increase in business data shared externally for non-business reasons (e.g. seeking out special project information for use in an interview with a competitor). This could put our business

data at risk, causing team disruptions, project delays, extra work for others, and damage to our reputation and revenue.

To mitigate risk, here are three ways to keep our business data safe:

**1. Do not share Tesla's business data for any non-business reason.** Uploading or emailing Tesla business data to any non-Tesla system, including commercial cloud storage or personal email, is a violation of policy.

**2. Do not share non-public business data on social media or with those outside Tesla.** It may violate your Non-Disclosure Agreement (NDA) and Tesla policy.

**3. Review your NDA and the Information Security policies for more information, including more information about <u>Tesla Business Data</u>.** Violating Tesla policies could lead to legal or disciplinary action, including termination.

If you have any questions, reach out to Infosec@tesla.com and visit <u>Tesla's Policy Library</u> to learn more about Tesla's policies and requirements.

Thank you for doing your part to keep Tesla data secure.

*Tesla Business Data/Information includes Tesla's confidential or proprietary information, including but not limited to trade secrets, information about products and features, technology, pricing, customers, suppliers, non-public financial information, strategies and product launches and intellectual property (together "Tesla Business Information"), all of which have been created, acquired and/or compiled by Tesla at great effort and expense, must be protected from disclosure for legitimate and substantial business reasons. For US-based employees, Tesla Business Information does not include employment-related information accessible to employees, such as wages, benefits, and terms/conditions of employment, which are not restricted from disclosure by Company policy.

**2024 Tesla, Inc.**

T E S L A

**Privacy & Legal**

3