# EXHIBIT F

Defendant Li's Splunk Storage Log
(September 2024) (excerpt)

| event.observedAt | user.name | activity.primaryCategory | process.application.name | ui.windows{}.title | site.host | site.url |
|---|---|---|---|---|---|---|
| 2024-09-13T18:15:54.1467723Z | zhongjli | it:ui:app:interaction | OUTLOOK | Your Role in Protecting Our Information - Message (HTML) | | |
| 2024-09-13T18:15:33.730474Z | zhongjli | it:ui:app:interaction | OUTLOOK | Your Role in Protecting Our Information - Message (HTML) | | |