| Attorney or Party without Attorney:<br>JOSH KREVITT (SBN 208552)<br>GIBSON DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, California 94301-1744<br>   *Telephone No:*   213-229-7000<br>   *Attorney For:*   Plaintiff | *Ref. No. or File No.:*<br>93617.00010 | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TESLA, INC. a Texas Corporation,
*Defendant:* PROCEPTION, INC., a Delaware Corporation, ET AL

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25-cv-04963-SVK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination To Magistrate Judge Jurisdiction

3. a. Party served:     ZHONGJIE "JAY" LI
   b. Person served:    Party served in 3a.

4. Address where the party was served:   660 Harcot Terrace, Sunnyvale, CA 94085

5. I served the party:
   a. **by substituted service.**   On: Fri, Jun 13 2025 at: 05:21 PM by leaving the copies with or in the presence of:
   Weimin Yao, Tenant

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>JOSH KREVITT (SBN 208552)<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>  Telephone No: 213-229-7000<br><br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>93617.00010 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ||||
| Plaintiff: TESLA, INC. a Texas Corporation,<br>Defendant: PROCEPTION, INC., a Delaware Corporation, ET AL ||||
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25-cv-04963-SVK |

6. **Person Who Served Papers:**
   a. Mikayla Plushnik (PS1867)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. *The Fee* for Service was:   $291.36
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/16/2025

(Date)                                      (Signature)



| Attorney or Party without Attorney: <br> JOSH KREVITT (SBN 208552) <br> GIBSON DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> Telephone No: 213-229-7000 <br><br> Attorney For: Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* <br> 93617.00010 | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT for the Northern District of California | | |
| Plaintiff: TESLA, INC. a Texas Corporation, <br> Defendant: PROCEPTION, INC., a Delaware Corporation, ET AL | | |
| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:*    *Time:*    *Dept/Div:* | *Case Number:* <br> 25-cv-04963-SVK |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination To Magistrate Judge Jurisdiction

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Jun 16, 2025
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: ZHONGJIE "JAY" LI
                     660 Harcot Terrace, Sunnyvale, CA 94085

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Jun 16, 2025 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
       1517 W. Beverly Boulevard
       LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

                                     06/16/2025
                                       (Date)                            (Signature)