| Attorney or Party without Attorney:<br>JOSH KREVITT (SBN 208552)<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>  *Telephone No:* 213-229-7000<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>93617-00010 J RANDOLPH | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>for the Northern District of California | | |
| *Plaintiff:* TESLA, INC. a Texas Corporation<br>*Defendant:* PROCEPTION, INC., a Delaware Corporation., et al | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>5:25-cv-04963-SVK |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; *[See Attached List of Additional Documents Served]*

3. a. Party served:     PROCEPTION, INC., a Delaware Corporation
   b. Person served:   JAY VENKATESAN, ESQ., Counsel

4. Address where the party was served:   111 North Market Street #600, San Jose, CA 95113

5. I served the party:
   a. **by substituted service.**   On: Wed, Jun 18 2025 at: 12:31 PM by leaving the copies with or in the presence of:
      Annette Hogue, Person in charge

   (1) ☐ **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) ☒ **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ **(Declaration of Mailing)** is attached.
   (4) ☐ **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

13551258
(17309910)
Page 1 of 2

| Attorney or Party without Attorney:<br>JOSH KREVITT (SBN 208552)<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>  Telephone No: 213-229-7000<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>93617-00010 J RANDOLPH | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>for the Northern District of California ||  |
| Plaintiff: TESLA, INC. a Texas Corporation<br>Defendant: PROCEPTION, INC., a Delaware Corporation., et al |||
| **PROOF OF SERVICE** | Hearing Date:    Time:    Dept/Div: | Case Number:<br>5:25-cv-04963-SVK |

6.  **Person Who Served Papers:**
    a. Miles Blundon
    b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

    d. **The Fee** for Service was: $504.36

7.  **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/18/2025
(Date)

(Signature)



| Attorney or Party without Attorney: <br> JOSH KREVITT (SBN 208552) <br> GIBSON DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> Telephone No: 213-229-7000 <br> Attorney For: Plaintiff | Ref. No. or File No.: <br> 93617-00010 J RANDOLPH | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT <br> for the Northern District of California | | |
| Plaintiff: TESLA, INC. a Texas Corporation <br> Defendant: PROCEPTION, INC., a Delaware Corporation., et al | | |

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: 5:25-cv-04963-SVK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; [See Attached List of Additional Documents Served]

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, Jun 18, 2025
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: PROCEPTION, INC., a Delaware Corporation
      111 North Market Street, #600 San Jose, CA 95113

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Jun 18, 2025 in the ordinary course of business.

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. **FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $504.36

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

06/18/2025
(Date)                                    (Signature)



PROOF OF SERVICE
BY MAIL

13551258
(17309910)