GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (admitted *pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

ANGELIQUE KAOUNIS, SBN 209833
   akaounis@gibsondunn.com
2000 Avenue of the Stars, Suite 1200N
Los Angeles, California 90067-4700
Telephone: 310.552.8500
Facsimile: 310.551.8741

*Attorneys for Plaintiff*
TESLA, INC.

TESLA, INC.
TERRY W. AHEARN, SBN 216543
   tahearn@tesla.com
A. LOUIS DORNY, SBN 212054
   ldorny@tesla.com
KRISTA M. CARTER, SBN 225229
   kricarter@tesla.com
3000 Hanover St.
Palo Alto, California 94304
Telephone: 408.204.7384

*Attorneys for Plaintiff*
TESLA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., a Texas Corporation<br><br>        Plaintiff,<br><br>   v.<br><br>PROCEPTION, INC., a Delaware Corporation, and ZHONGJIE "JAY" LI, an individual,<br><br>        Defendants. | CASE NO. 5:25-cv-04963-SVK<br><br>**PROOF OF SERVICE**<br><br>Hon. Susan van Keulen |

**PROOF OF SERVICE**

The documents described herein were served pursuant to a written agreement between the parties on Monday, June 16, 2025, to provide and accept service electronically until counsel for Defendants is registered with the Court's Electronic Case Filing system.

On Monday, June 16, 2025, Plaintiff's counsel provided via electronic service (ShareFile) the following documents:

1. Complaint and Exhibits (Dkt. 1);
2. Initial Case Management Scheduling Order (Dkt. 8);
3. Summons (Dkt. 10);

On Tuesday, June 17, 2025, Plaintiff's counsel provided via electronic service (ShareFile) the following documents:

1. Corporate Disclosure Statement by Tesla, Inc. (Dkt. 3);
2. Certificate of Interested Entities by Tesla, Inc. (Dkt. 4);
3. Motion for Preliminary Injunction, Declaration of Angelique Kaounis and Exhibits, Declaration of Terry Ahearn and Exhibits, Declaration of Prem Pinto, Declaration of Jeff Liang and Exhibits, and Proposed Order (Dkt. 14);
4. Motion for Expedited Discovery, Exhibits, and Proposed Order (Dkt. 15);
5. Administrative Motion to Shorten Time, Declaration of Angelique Kaounis Exhibit, and Proposed Order (Dkt. 16);
6. Administrative Motion to File Under Seal, Declaration of Terry Ahearn, Exhibit, Proposed Order, and Unredacted Documents (Dkt. 17); and
7. Corrected Exhibit F to the Liang Declaration (Dkt. 18).

| | |
|---|---|
| DATED: June 18, 2025 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |

  By:  */s/* Josh Krevitt
Josh Krevitt, Bar No. 208552
    JKrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA  94301-1744
Telephone: 650.849.5300

Orin Snyder (admitted *hac vice*)
    OSnyder@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000

Angelique Kaounis, Bar No. 209833
    AKaounis@gibsondunn.com
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA  90067-4700
Telephone: 310.552.8500

*Attorneys for Plaintiff*
TESLA, INC.