# EXHIBIT B

# DECLARATION OF

# MICHAEL J. HUI



SILICON VALLEY       LOS ANGELES
ANN ARBOR            NEW YORK
ATLANTA              SAN DIEGO
AUSTIN               SAN FRANCISCO
BEIJING              SÃO PAULO
BOSTON               SINGAPORE

April 4, 2025

Via Email

Terry Ahearn, Managing Counsel
Tesla, Inc.
tahearn@tesla.com

Re:   Former Employment of Zhongjie "Jay" Li

Dear Terry,

I write to respond to your letter, dated March 27, 2025, which was received by Zhongjie "Jay" Li on March 31, 2025. Please direct all further communications to me at mhui@gunder.com.

Your letter contains serious allegations but lack sufficient details for Mr. Li to meaningfully respond. I encourage you to contact me so we can discuss the issues you raised in greater detail.

Very truly yours,

*Michael J. Hui*

Michael J. Hui
Of Counsel

MJH/jae

GUNDERSON DETTMER STOUGH VILLENEUVE FRANKLIN & HACHIGIAN, LLP
One Bush Plaza, Suite 1200  |  San Francisco, CA 94104  |  gunder.com

GDSVF&H\11055924.1

# Joanne A. Ely

| | |
|---|---|
| **From:** | Joanne A. Ely |
| **Sent:** | Friday, April 4, 2025 4:01 PM |
| **To:** | tahearn@tesla.com |
| **Cc:** | Michael J. Hui |
| **Subject:** | Former Employment of Zhongjie "Jay" Li |
| **Attachments:** | Proception Inc. - Response to T. Ahearn Letter.pdf |

Hi Mr. Ahearn,

Please find the attached correspondence from Michael Hui regarding the above-referenced matter.

Best,

Joanne

**Joanne A. Ely**
Legal Secretary

*jely@gunder.com*
Direct: 858 436 8036
Silicon Valley
*gunder.com*



GUNDERSON DETTMER STOUGH VILLENEUVE FRANKLIN & HACHIGIAN, LLP

Silicon Valley | Ann Arbor | Atlanta | Austin | Beijing | Boston | Los Angeles | New York | San Diego | San Francisco | São Paulo | Singapore

*This email and any attachments may contain private, confidential and privileged material for the sole use of the intended recipient. If you are not the intended recipient, please immediately delete this email and any attachments.*