# EXHIBIT F

# DECLARATION OF

# MICHAEL J. HUI

| | |
|---|---|
| **From:** | Kaounis, Angelique |
| **To:** | Michael J. Hui |
| **Cc:** | Snyder, Orin; Krevitt, Josh |
| **Subject:** | RE: Zhongjie "Jay" Li and Proception |
| **Date:** | Monday, June 9, 2025 5:25:51 PM |
| **Attachments:** | image001.png<br>shield-advisory.png<br>chevron-light.png |

☐ External email ☐

Thank you.

**Angelique Kaounis**
Partner

T: +1 310.552.8546 | M: +1 213.479.1946
AKaounis@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2000 Avenue of the Stars Suite 1200N, Los Angeles, CA 90067-4700

---

**From:** Michael J. Hui <mhui@gunder.com>
**Sent:** Monday, June 9, 2025 5:17 PM
**To:** Kaounis, Angelique <AKaounis@gibsondunn.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>
**Subject:** RE: Zhongjie "Jay" Li and Proception

Hi Angelique,

I do not know at this time. If litigation counsel has been engaged, I will share their contact information when I have it.

My best,

Michael

**Michael J. Hui** (he/him)

mhui@gunder.com
Direct: 415 801 4876
Cell: 415 215 3820
San Francisco
***gunder.com***



GUNDERSON DETTMER STOUGH VILLENEUVE FRANKLIN & HACHIGIAN, LLP
Silicon Valley | Ann Arbor | Atlanta | Austin | Beijing | Boston | Los Angeles | New York | San Diego | San Francisco | São Paulo | Singapore

*This email and any attachments may contain private, confidential and privileged material for the sole use of the intended recipient. If you are not the intended recipient, please immediately delete this email and any attachments.*

**From:** Kaounis, Angelique <AKaounis@gibsondunn.com>
**Sent:** Monday, June 9, 2025 3:23 PM
**To:** Michael J. Hui <mhui@gunder.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>
**Subject:** RE: Zhongjie "Jay" Li and Proception


Hi Michael,

Thanks very much for your email.

Do you know if Mr. Li and/or Proception have litigation counsel?  If so, could you please forward their contact information?

Thank you,

Angelique


**Angelique Kaounis**
Partner

T: +1 310.552.8546 | M: +1 213.479.1946
AKaounis@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2000 Avenue of the Stars Suite 1200N, Los Angeles, CA 90067-4700

**From:** Michael J. Hui <mhui@gunder.com>
**Sent:** Monday, June 9, 2025 2:56 PM
**To:** Kaounis, Angelique <AKaounis@gibsondunn.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>
**Subject:** RE: Zhongjie "Jay" Li and Proception

Hello Angelique,

As I mentioned to Tesla's in-house legal team, Gunderson does not have a litigation practice and cannot represent the company for purposes of any litigation.

Thanks,

Michael


**Michael J. Hui** (he/him)

> *mhui@gunder.com*
> Direct: 415 801 4876
> Cell: 415 215 3820
> San Francisco
> ***gunder.com***
>
> 
>
> GUNDERSON DETTMER STOUGH VILLENEUVE FRANKLIN & HACHIGIAN, LLP
> Silicon Valley | Ann Arbor | Atlanta | Austin | Beijing | Boston | Los Angeles | New York | San Diego | San Francisco | São Paulo | Singapore
>
> *This email and any attachments may contain private, confidential and privileged material for the sole use of the intended recipient. If you are not the intended recipient, please immediately delete this email and any attachments.*
>
> **From:** Kaounis, Angelique <AKaounis@gibsondunn.com>
> **Sent:** Monday, June 9, 2025 2:41 PM
> **To:** Michael J. Hui <mhui@gunder.com>
> **Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>
> **Subject:** Zhongjie "Jay" Li and Proception
>
>
> Dear Counsel,
>
> Please see the attached letter.
>
> We look forward to your prompt response.
>
> Thank you,
>
> Angelique
>
> **Angelique Kaounis**
> Partner
>
> T: +1 310.552.8546 | M: +1 213.479.1946
> AKaounis@gibsondunn.com
>
> **GIBSON DUNN**
> Gibson, Dunn & Crutcher LLP
> 2000 Avenue of the Stars Suite 1200N, Los Angeles, CA 90067-4700
>
> ---
>
> This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
>
> Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.
>
> ---
>
> This message may contain confidential and privileged information for the sole use of the intended

recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---