# EXHIBIT A

# DECLARATION OF JAIDEEP VENKATESAN



June 11, 2025

*Via E-Mail*

Angelique Kaounis
Gibson, Dunn & Crutcher LLP
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA 90067-4700
E-Mail: akaounis@gibsondunn.com

    Re:    <u>Tesla Correspondence to Zhongjie "Jay" Li and Proception AI</u>

Dear Ms. Kaounis:

    We represent Zhongjie "Jay" Li and Proception AI, and write in regards to your letter dated June 9, 2025 to Michael J. Hui regarding Mr. Li and Proception. Please direct all communications regarding this matter to us.

    We are investigating the allegations raised in your correspondence. Please advise of your availability to discuss further on June 13, 2025.

    Sincerely,

    Jaideep Venkatesan

JV:ash

Silicon Valley
111 N. Market Street
Suite 600
San Jose, CA 95113
Tel 408.291.6200
Fax 408.297.6000

San Francisco
One Sansome Street
Suite 3500
San Francisco, CA 94104
Tel 408.291.2253
Fax 408.297.6000

Beverly Hills
9350 Wilshire Boulevard
Suite 206
Beverly Hills, CA 90212
Tel 310.846.5257
Fax 310.432.5172

www.be-law.com