# EXHIBIT B

# DECLARATION OF

# JAIDEEP VENKATESAN

**From:** Kaounis, Angelique
**To:** Jaideep Venkatesan
**Cc:** Annette Hogue; Snyder, Orin; Krevitt, Josh
**Subject:** RE: Zhongjie "Jay" Li and Proception AI
**Date:** Wednesday, June 11, 2025 7:21:50 PM
**Attachments:** image001.png

---

Counsel,

Thank you for your letter. Please confirm if you are authorized to accept service of a complaint on behalf of your clients Zhongjie "Jay" Li and Proception and an Arbitration Demand on behalf of Mr. Li.

We can speak by phone on Thursday, June 12 before 11 am, or Friday, June 13 before 11 am or after 2 pm Pacific. Please confirm a time that works for you, and please be prepared to discuss Tesla's proposed stipulation when we speak.

Thank you,

Angelique

**Angelique Kaounis**
Partner

T: +1 310.552.8546 | M: +1 213.479.1946
AKaounis@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
2000 Avenue of the Stars Suite 1200N, Los Angeles, CA 90067-4700

---

**From:** Annette Hogue <ahogue@be-law.com>
**Sent:** Wednesday, June 11, 2025 4:32 PM
**To:** Kaounis, Angelique <AKaounis@gibsondunn.com>
**Cc:** Jaideep Venkatesan <jvenkatesan@be-law.com>
**Subject:** Zhongjie "Jay" Li and Proception AI

Ms. Kaounis,

Attached please find correspondence from Jaideep Venkatesan.

Thank you,

Annette

Annette S. Hogue | Bergeson
Legal Assistant

**O** 408.291.6200 | **D** 408.291.2240| **F** 408-297.6000

Silicon Valley Office | San Francisco Office | Beverly Hills Office
Website | vCard | Email | LinkedIn | Disclaimer

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---