JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
CAROLINE McINTYRE, SBN 159005
cmcintyre@be-law.com
PETER SOSKIN, SBN 280347
psoskin@be-law.com
BERGESON LLP
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
PROCEPTION, INC. and ZHONGJIE “JAY” LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROCEPTION, INC., a Delaware Corporation, and ZHONGJIE “JAY” LI, an individual,<br><br>Defendants. | Case No. 5:25-cv-04963-SVK<br><br>**DEFENDANTS’ OPPOSITION TO PLAINTIFF’S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 16, 2025<br>Time: 10:00 a.m.<br>Judge: The Hon. The Honorable Susan van Keulen |

FILED UNDER SEAL