GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone:  650.849.5300
Facsimile:  650.849.5333

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
2000 Avenue of the Stars, Suite 1200N
Los Angeles, California 90067-4700
Telephone: 310.552.8500
Facsimile: 310.551.8741

ORIN SNYDER (admitted *pro hac vice*)
  osnyder@gibsondunn.com
JEREMY BUNTING (admitted *pro hac vice*)
  jbunting@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Plaintiff*
TESLA, INC.

TESLA, INC.
TERRY W. AHERN, SBN 216543
  tahearn@tesla.com
A. LOUIS DORNY, SBN 212054
  ldorny@tesla.com
KRISTA M. CARTER, SBN 225229
  kricarter@tesla.com
3000 Hanover Street
Palo Alto, California 94304
Telephone: 408.204.7384

*Attorneys for Plaintiff*
TESLA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., a Texas Corporation,,<br><br>  Plaintiff,<br><br>  v.<br><br>PROCEPTION, INC., a Delaware Corporation, and ZHONGJIE "JAY" LI, an individual,<br><br>  Defendants. | CASE NO. 5:25-cv-04963-SVK<br><br>**[PROPOSED] ORDER SEALING DEFENDANTS' OBJECTION TO NEW EVIDENCE AND PROPOSED SUR-REPLY** |

The Court, having considered Plaintiff Tesla, Inc.'s statement regarding the sealing of Defendants' Objection to New Evidence and Exhibit A to Defendants' Administrative Motion for Leave to File Sur Reply In Support Of Opposition to Plaintiff's Motion for Preliminary Injunction, finds that good cause exists to seal the material and hereby **ORDERS THE MATERIAL SEALED** as follows:

| Document | Portions to be Filed Under Seal | Designating Party | Basis for Sealing |
|---|---|---|---|
| Dkt. 91-3, Exhibit A to Defendants' Administrative Motion for Leave to File Sur Reply ISO Opposition to Plaintiff's Motion for Preliminary Injunction | i:5 (name of Tesla employee)<br>1:8 (name of Tesla employee)<br>1:9 (sensitive Tesla vendor information)<br>1:21 (Tesla employee name)<br>1:23 (sensitive Tesla vendor information)<br>1:24 (Tesla employee name)<br>1:25 (Tesla employee name)<br>1:26 (Tesla employee name)<br>1:28 (Tesla employee name)<br>1:28 (sensitive Tesla vendor information)<br>2:1 (Tesla employee name)<br>2:1 (sensitive Tesla vendor information)<br>2:2 (sensitive Tesla vendor information)<br>2:3-4 (sensitive Tesla vendor information)<br>2:8 (Tesla employee name)<br>2:9 (sensitive Tesla vendor information)<br>2:22-23 (title of sensitive document related to Optimus)<br>2:25 (Tesla employee name)<br>2 n.1 (sensitive Tesla vendor information)<br>3:1-2 (title of sensitive document related to Optimus)<br>3:3 (Tesla employee name) | Tesla | These portions disclose personally identifiably information of non-party Tesla employees or interns that encroach upon their privacy interests. Additionally, these portions contain descriptive file names and vendor details related to trade secrets and/or the design and development of Tesla's Optimus technology, and could cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. *See* Ahearn Sealing Decl ¶¶ 3–5. |
| Dkt. 91-2, Defendants Objection to New Evidence and Argument in Plaintiff's Reply ISO Motion for Preliminary Injunction | 3:23 (sensitive Tesla vendor information) | Tesla | These portions disclose sensitive Tesla vendor details that could cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. *See* Ahearn Sealing Decl ¶¶ 3–5. |

1
2   **IT IS SO ORDERED.**
3
4   DATED: _____          By: _____
5                                  The Honorable Susan van Keulen
                                   United States Magistrate Judge
6
7
8
...
28