**GIBSON, DUNN & CRUTCHER LLP**
JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA 90067-4700
Telephone: 310.552.8500

TESLA, INC.
TERRY W. AHEARN, SBN 216543
tahearn@tesla.com
3000 Hanover St.
Palo Alto, California 94304
Telephone: 408.204.7384

*Attorneys for Plaintiff*
TESLA, INC.

*Additional Attorneys in Signature Line*

**BERGESON LLP**
JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
PETER SOSKIN, SBN 280347
psoskin@be-law.com
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

*Attorneys for Defendants*
PROCEPTION, INC. and ZHONGJIE
"JAY" LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., a Texas Corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>PROCEPTION, INC., a Delaware Corporation, and ZHONGJIE "JAY" LI, an individual,<br><br>      Defendants. | Case No. 5:25-cv-04963-SVK<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER AS MODIFIED TO EXTEND DEADLINES**<br><br>Judge: The Honorable Susan van Keulen |

STIPULATED REQUEST AND [PROPOSED] ORDER TO SET AND EXTEND DEADLINES
Case No. 5:25-cv-04963-SVK

Pursuant to Local Rules 40-1, 7-1, 7-12, and 6-2, Plaintiff Tesla, Inc. ("Tesla") and Defendants Proception, Inc. and Zhongjie "Jay" Li ("Defendants") through their counsel, stipulate as follows:

WHEREAS, on June 11, 2025, Tesla filed its Complaint in the above-captioned action (the "Complaint") against Defendants;

WHEREAS, Defendants accepted service of the Complaint on June 16, 2025;

WHEREAS, on July 7, 2025, the Parties filed a stipulation to extend the deadline for Defendants to file their response to the Complaint by 75 days (Dkt. 53);

WHEREAS, on September 16, 2025, the Parties filed a stipulated request to extend the deadline for Defendants to Respond to Tesla's Complaint to October 31, 2025, and setting a briefing schedule for Tesla's Motion for Preliminary Injunction (Dkt. 73);

WHEREAS, on September 17, 2025, the Court granted in part and denied in part the Parties' stipulated request to extend the deadline for Defendants' response to Tesla's Complaint by declining to set a specific deadline for Defendants' response to Tesla's Complaint (Dkt. 74);

WHEREAS, on October 23, 2025, the Court issued a Case Management Order, setting specific dates for this case (Dkt. 100);

WHEREAS, on November 11, 2025, the Court issued an order denying Tesla's Motion for Preliminary Injunction (Dkt. 112);

WHEREAS, the Parties engaged in a one-day mediation with Hon. Peter H. Kirwan (Ret.) on January 9, 2026;

WHEREAS, following the mediation, the Parties reached agreement on an independent process to facilitate settlement negotiations;

WHEREAS, on January 14, 2026, the Court granted the Parties' Stipulated Request to Set Deadlines for Amended Complaint and responsive Pleadings, and to Extend Deadlines including Trial Date;

WHEREAS, on March 23, 2026, the Court granted the Parties' Stipulated Request to Set Deadlines for Amended Complaint and responsive pleadings, and to Extend Deadlines including Trial Date;

STIPULATED REQUEST AND [PROPOSED] ORDER TO SET AND EXTEND DEADLINES
Case No. 5:25-cv-04963-SVK

WHEREAS, the Parties have been working in good faith to expeditiously complete the independent processes to which they have agreed to facilitate settlement negotiations, but, due to technical issues, they require additional time to finish their analysis;

WHEREAS, in the interest of efficiency, parallel to this independent process, the Parties are in the process of negotiating a resolution that would result in the dismissal of this action.

THEREFORE, the Parties, through their counsel, stipulate and request as follows:

That the Court continue the current trial date;

That the Court set a June 11, 2026 deadline for a Joint Status Report regarding potential resolution of the action;

That the Court set a further status conference for June 16, 2026 at which time, if the case is not resolved, the Parties will present whether the current independent process is likely to result in a resolution, and potential trial dates may be discussed if needed;

That the current case deadlines be extended five weeks, as set forth in the table below:

| Scheduled Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Tesla to file Amended Complaint | May 6, 2026 | June 10, 2026 |
| Further Status Conference | May 12, 2026; Statements due May 7, 2026 | June 16, 2026; Statements due June 11, 2026 |
| Deadline for Defendants to Respond to operative Complaint | May 27, 2026 | July 1, 2026 |
| Close of Fact Discovery | August 19, 2026 | September 23, 2026 |
| Further Case Management Conference | August 24, 2026 | September 28, 2026 |
| Initial Expert Disclosures | September 23, 2026 | October 28, 2026 |
| ADR Completion | October 9, 2026 | November 13, 2026 |
| Rebuttal Expert Disclosures | October 29, 2026 | December 3, 2026 |
| Close of Expert Discovery | November 25, 2026 | December 30, 2026 |
| Dispositive Motions | January 13, 2027 | February 17, 2027 |
| Oppositions to Dispositive Motions | February 16, 2027 | March 23, 2027 |
| Replies in support of dispositive motions | March 9, 2027 | April 13, 2027 |
| Dispositive motion hearing | April 2, 2027 | May 7, 2027 |
| Pretrial Conference | July 22, 2027 Pretrial filings due: 7/1/27; | August 26, 2027 Pretrial filings due: 8/5/27 |

3

|       | 7/8/27          | 8/12/27            |
|-------|-----------------|--------------------|
| Trial | August 9, 2027  | September 13, 2027 |

STIPULATED REQUEST AND [PROPOSED] ORDER TO SET AND EXTEND DEADLINES
Case No. 5:25-cv-04963-SVK

Dated:  April 23, 2026                          BERGESON, LLP


By:      */s/ Jaideep Venkatesan*
Jaideep Venkatesan, SBN 211386
jvenkatesan@be-law.com
*Attorneys for Defendants*
PROCEPTION, INC. and ZHONGJIE "JAY" LI

Dated:  April 23, 2026                          GIBSON, DUNN & CRUTCHER LLP


By:      */s/ Josh Krevitt*
Josh Krevitt, SBN 208552
JKrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA  94301-1744
Telephone: 650.849.5300

Angelique Kaounis, SBN 209833
AKaounis@gibsondunn.com
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA  90067-4700
Telephone: 310.552.8500

Orin Snyder (admitted *pro hac vice*)
OSnyder@gibsondunn.com
Jeremy Bunting (admitted *pro hac vice*)
JBunting@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000

**TESLA, INC.**
Terry W. Ahearn, SBN 216543
tahearn@tesla.com
A. Louis Dorney, SBN 212054
ldorny@tesla.com

3000 Hanover St.
Palo Alto, California 94304
Telephone: 408.204.7384
*Attorneys for Plaintiff*
TESLA, INC.

STIPULATED REQUEST AND [PROPOSED] ORDER TO SET AND EXTEND DEADLINES
Case No. 5:25-cv-04963-SVK

**[PROPOSED] ORDER EXTENDING STATUS CONFERENCE DEADLINE**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The trial date is vacated.  A notice of settlement or Joint Status Report regarding potential resolution of the action is **due June ~~11~~ 2, 2026.**  A further status conference is scheduled for **June ~~16~~ 9, 2026**. The deadlines currently set in this case are extended pursuant to the.  **All other case deadlines remain in place** pending discussion at the June 9, 2026 status conference.

**IT IS SO ORDERED**

DATED:   April 24, 2026 

Hon. Susan van Keulen

STIPULATED REQUEST AND [PROPOSED] ORDER TO SET AND EXTEND DEADLINES
Case No. 5:25-cv-04963-SVK