**GIBSON, DUNN & CRUTCHER LLP**
JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA  90067-4700
Telephone: 310.552.8500

TESLA, INC.
TERRY W. AHEARN, SBN 216543
tahearn@tesla.com
3000 Hanover St.
Palo Alto, California 94304
Telephone: 408.204.7384

*Attorneys for Plaintiff*
TESLA, INC.

*Additional Attorneys in Signature Line*

**BERGESON LLP**
JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
PETER SOSKIN, SBN 280347
psoskin@be-law.com
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

*Attorneys for Defendants*
PROCEPTION, INC. and ZHONGJIE "JAY"
LI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., a Texas Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> PROCEPTION, INC., a Delaware Corporation, and ZHONGJIE "JAY" LI, an individual, <br><br> Defendants. | CASE NO. 5:25-cv-04963-SVK <br><br> **STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** <br><br> Judge:         Hon. Susan van Keulen |

Gibson, Dunn &
Crutcher LLP

Plaintiff Tesla, Inc. ("Tesla"), and Defendants Zhongjie "Jay" Li ("Li") and Proception Inc. ("Proception," and collectively with Li, "Defendants"), stipulate as follows:

WHEREAS, on June 11, 2025, Tesla filed a Complaint (Case No. 5:25-cv-04963-SVK) against Defendants in this Court;

WHEREAS, the Parties now desire to resolve the disputes between them and enter into a confidential agreement (the "Settlement Agreement") providing for a resolution of the claims brought in this matter, including certain representations, warranties, covenants, forensic examination, technical evaluation, remediation, and releases, on the terms and conditions contained in the Settlement Agreement; and

WHEREAS, each side has agreed to bear its own attorney's fees and costs;

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their counsel of record, hereby stipulate and request that the Court dismiss all claims for relief against Defendants with prejudice.

**IT IS SO STIPULATED.**

Gibson, Dunn &
Crutcher LLP

1

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 5:25-CV-04963-SVK

Dated:  May 26, 2026                    BERGESON, LLP


By:        /s/Jaideep Venkatesan
Jaideep Venkatesan, SBN 211386
jvenkatesan@be-law.com
*Attorneys for Defendants*
PROCEPTION, INC. and ZHONGJIE "JAY" LI

Dated:  May 26, 2026                    GIBSON, DUNN & CRUTCHER LLP


By:        /s/Josh Krevitt
Josh Krevitt, SBN 208552
JKrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA  94301-1744
Telephone: 650.849.5300

Angelique Kaounis, SBN 209833
AKaounis@gibsondunn.com
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA  90067-4700
Telephone: 310.552.8500

Orin Snyder (admitted *pro hac vice*)
OSnyder@gibsondunn.com
Jeremy Bunting (admitted *pro hac vice*)
JBunting@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000

**TESLA, INC.**
Terry W. Ahearn, SBN 216543
tahearn@tesla.com
A. Louis Dorny, SBN 212054
ldorny@tesla.com

3000 Hanover St.
Palo Alto, California 94304
Telephone: 408.204.7384
*Attorneys for Plaintiff*
TESLA, INC.

Gibson, Dunn &
Crutcher LLP

2

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Josh Krevitt, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated:  May 29, 2026

By:    /s/ Josh Krevitt
                              Josh Krevitt

# [PROPOSED] ORDER

The stipulation of the parties to dismiss all claims against DEFENDANTS having been read and considered,

**IT IS HEREBY ORDERED** all claims against DEFENDANTS are dismissed with prejudice.

Each side to its own attorney's fees and costs.


Dated:_____          _____
                                     Honorable Susan van Keulen
                                     United States District Judge

4