**GIBSON, DUNN & CRUTCHER LLP**
JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA  90067-4700
Telephone: 310.552.8500

TESLA, INC.
TERRY W. AHEARN, SBN 216543
tahearn@tesla.com
3000 Hanover St.
Palo Alto, California 94304
Telephone: 408.204.7384

*Attorneys for Plaintiff*
TESLA, INC.

*Additional Attorneys in Signature Line*

**BERGESON LLP**
JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
PETER SOSKIN, SBN 280347
psoskin@be-law.com
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

*Attorneys for Defendants*
PROCEPTION, INC. and ZHONGJIE "JAY"
LI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., a Texas Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> PROCEPTION, INC., a Delaware Corporation, and ZHONGJIE "JAY" LI, an individual, <br><br> Defendants. | CASE NO. 5:25-cv-04963-SVK <br><br> **STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** <br><br> Judge:        Hon. Susan van Keulen |

Plaintiff Tesla, Inc. ("Tesla"), and Defendants Zhongjie "Jay" Li ("Li") and Proception Inc. ("Proception," and collectively with Li, "Defendants"), stipulate as follows:

WHEREAS, on June 11, 2025, Tesla filed a Complaint (Case No. 5:25-cv-04963-SVK) against Defendants in this Court;

WHEREAS, the Parties now desire to resolve the disputes between them and enter into a confidential agreement (the "Settlement Agreement") providing for a resolution of the claims brought in this matter, including certain representations, warranties, covenants, forensic examination, technical evaluation, remediation, and releases, on the terms and conditions contained in the Settlement Agreement; and

WHEREAS, each side has agreed to bear its own attorney's fees and costs;

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their counsel of record, hereby stipulate and request that the Court dismiss all claims for relief against Defendants with prejudice.

**IT IS SO STIPULATED.**

Dated:  May 26, 2026                          BERGESON, LLP


                                              By:         /s/Jaideep Venkatesan
                                              Jaideep Venkatesan, SBN 211386
                                              jvenkatesan@be-law.com
                                              *Attorneys for Defendants*
                                              PROCEPTION, INC. and ZHONGJIE "JAY" LI

Dated:  May 26, 2026                          GIBSON, DUNN & CRUTCHER LLP


                                              By:         /s/Josh Krevitt
                                              Josh Krevitt, SBN 208552
                                              JKrevitt@gibsondunn.com
                                              310 University Avenue
                                              Palo Alto, CA  94301-1744
                                              Telephone: 650.849.5300

                                              Angelique Kaounis, SBN 209833
                                              AKaounis@gibsondunn.com
                                              2000 Avenue of the Stars, Suite 1200N
                                              Los Angeles, CA  90067-4700
                                              Telephone: 310.552.8500

                                              Orin Snyder (admitted *pro hac vice*)
                                              OSnyder@gibsondunn.com
                                              Jeremy Bunting (admitted *pro hac vice*)
                                              JBunting@gibsondunn.com
                                              200 Park Avenue
                                              New York, NY  10166-0193
                                              Telephone: 212.351.4000

                                              **TESLA, INC.**
                                              Terry W. Ahearn, SBN 216543
                                              tahearn@tesla.com
                                              A. Louis Dorny, SBN 212054
                                              ldorny@tesla.com

                                              3000 Hanover St.
                                              Palo Alto, California 94304
                                              Telephone: 408.204.7384
                                              *Attorneys for Plaintiff*
                                              TESLA, INC.

Gibson, Dunn & Crutcher LLP

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 5:25-CV-04963-SVK

# [~~PROPOSED~~] ORDER

The stipulation of the parties to dismiss all claims against DEFENDANTS having been read and considered,

**IT IS HEREBY ORDERED** all claims against DEFENDANTS are dismissed with prejudice.

Each side to its own attorney's fees and costs.

Dated:    June 2, 2026

Honorable Susan van Keulen
United States District Judge